# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR.,<br>CDCR #C-92075,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>O. RUFION; MOONGA, R.N.,<br><br>　　　　　　　　　Defendants. | Civil No.   08-1233 BTM (WMc)<br><br>**ORDER RE: REQUEST FOR SUBPOENAS**<br><br>**[Doc. No. 28]** |

In a letter dated September 30, 2009, Plaintiff requests that the Court issue five subpoenas for his use. Plaintiff must provide the Court with an explanation of who/what Plaintiff wishes to subpoena and why the information sought is necessary to Plaintiff's case. After the Court receives this information, the Court will consider whether to order the issuance of the subpoenas. Plaintiff may file the request under seal and shall proceed ex parte without notice to Defendants.

**IT IS SO ORDERED.**

DATED: October 20, 2009

　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge