# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR., CDCR #C-92075,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>O. RUFION; MOONGA, R.N.,<br><br>　　　　　Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER RE: RESPONSE TO MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff has filed a motion for leave to amend his Second Amended Complaint. Defendants may file a response to Plaintiff's motion on or before **March 11, 2010**.

**IT IS SO ORDERED.**

DATED: February 24, 2010

*/s/ Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge