# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR., CDCR #C-92075,<br><br>                    Plaintiff,<br><br>vs.<br><br>O. RUFION; MOONGA, R.N.; J. AKANNO,<br><br>                    Defendants. | Civil No.   08-1233 BTM (WMc)<br><br>**ORDER SUA SPONTE GRANTING DEFENDANTS EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>[Doc. No.  42] |

On February 22, 2010, Plaintiff filed a "Motion to Change Pleadings in Second Amended Complaint" which the Court construed as a Motion for Leave to File an Amended Complaint. *See* Feb. 24, 2010 Order at 1.  In his Motion, Plaintiff seeks leave to clarify some allegations in his Second Amended Complaint, as well as modify some of his previously requested prayer for relief.  *See* Pl.'s Mot. at 1-3.  Thus, the Court found it appropriate to issue a briefing schedule so that Defendants may respond to this request.

Plaintiff filed an objection to the Court's February 24, 2010 Order claiming that the Court had already ruled on his request to file an Amended Complaint in December 2009. *See* Pl.'s Obj. at 1. Plaintiff makes no mention of the request that he filed with this Court on February 22, 2010 which is clearly a *new* request to amend his Second Amended Complaint.

To further add to the confusion, Defendants filed a response to the Court's February 24, 2010 Order in which they claim that they never received this motion. *See* Defs.' Opp'n at 1-2. In reviewing the proof of service attached to Plaintiff's Motion, it does appear that Plaintiff did not properly serve the Defendants with his Motion. However, Defendants did receive actual notice through the Court's electronic filing system that this Motion was filed.[1]

Given the confusion between the parties with respect to the Motion that was filed by Plaintiff on February 22, 2010, the Court **ORDERS** Plaintiff to notify the Court and Defendants no later than **March 29, 2010** whether he intends to withdraw his Motion [Doc. No. 42] or if he wishes to proceed with his request to amend his Second Amended Complaint. If Plaintiff chooses to proceed with his Motion, Defendants must file a response to this Motion [Doc. No. 42] by **April 12, 2010**.

**IT IS SO ORDERED.**

DATED:  March 17, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge

---

[1] A review of the Court's docket indicates that notice of the filing of Plaintiff's Motion was electronically mailed to, among others, stephen.pass@doj.ca.gov.