```
1  GERALD L.MILLER #C-92075
2  P.O.BOX 5104 D8-201
3  DELANO CA.93216
```



FILED
FEB 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

GERALD LEE.MILLER.JR          CASE NO.108.cv-01233 BTM(WMc)
    PLAINTIFF
VS.                           MOTION TO CHANGED PLEADINGS
                              IN SECOND AMENDED COMPLAINT.
O.RUFION.ET AL...             PAGE 5-6 LINES 12-28 LINES 1-27
    DEFENDANTS                        L.R.RULE 15-220

_____/

TO:HONORABLE BARRY TED MOSKOWITZ UNITED STATES DISTRICT JUDGE

  Plaintiff's GERALD L.MILLER,Pursuant to rules 15(a) and 19(a)
FED,CIV.P.and L.R.RULE 15-220 request leave to change the pleading
In his second AMENDED COMPLAINT pages 5-6 lines 12-28 lines 1-27
To fix the defective part of this pleadings.BY repleading these
Allegations.


1.Plaintiff's wish to change DENIED to"CHILL EFFECT"Upon his first
AMENDMENT RIGHTS page 5 lines 12-28 SECOND AMENDED COMPLAINT.WITH
-OUT ADVANCE ANY LEGITIMATE PENOLOGICAL INTEREST.By(1)the with
hold of his legal mail and personal mail(2)refusing to take his
legal mail(3)stopping his family and friends from writing and
visit(4)By refusing to process his administrative appeals.stopping
him from administrative review.(5)By the telling of other prisoner
that i am gay when i am not gay.The plaintiff is being conspired

page 1

1. Against in retaliation to the filing of this suit by correct-
2. ional officer J.RECOZCO who has refuse to take my legal mail.on
3. october16.2008 I tryed to give my legal mail to C/O RECOZCO and
4. he refused to take it.causing me to miss a court dead-lines.which
5. I filed an administrative appeal(602) on him which went unheard.
6. Because I believe that C/O RECOZCO was throwing my appeals away.
7. And the ones that were being process was being screen-out by
8. Appeals coordintor T.BILINGS for reasons that do-not apply.stop-
9. ping me from administrative review.After my attemt to file an
10. administrative appeal on C/O RECOZCO he became very disrespectful
11. Towards me and held apersonal vendetta aginst me by continually
12. Withholding my personal mail from my friends and family and my
13. Legal mail to the courts when he pick it up for processing to the
14. courts.and because of this on january 9.2009 i tryed to receive
15. Reief from the courts by filing a TEMPORARY RESTRAINING ORDER.ON
16. C/O RECOZCO stopping him from the withholding of my mail.And
17. While this motion was still pending C/O RECOZCO continued to with
18. Hold my outgoing legal mail causing me to miss other court sched-
19. Uling date see exhibit (A) C/O RECOZCO has arbirarily withheld my
20. Mail for over a year in half.Which in this time he has came up
21. With a"NEFARIOS SCHEME" to conspire with I.S.U.the institution
22. security unit to chill my first amendment rights.By stopping my
23. Mail from my family and friends.In the month of october 2009 C/O
24. RECOZCO told me that he would make sure that i didnt receive any
25. more mail because now he was sending all my mail through the
26. Institution security unit and after a while i stop receiving my
27. mail from my family and friends which i appeal this issue and
28. Never heard anything about this appeal again or any other appeals
thats has been filed against him.Also in the month of october I
Gave C/O RECOZCO a court order to the NINTH CIRCUIT COURT OF
APPEALS.Which was never mailed causing me to lose the issue.ON
November 29.2009 while I was coming from the afternoon yard.C/O
RECOZCO tryed to provoke me in to a fight with him,by helding at
The top of his lungs at me like he was trying to show me up in
Front of the whold yard. by stating "WHAT ARE YOU GOING TO DO
MILLER about the way I have been treating you.Which on december 1
2009 I filed a nother administrative appeal on him about his
Blatantly disrespect towards me.Which also went unheard.The very

1  Next day C/O RECOZCO came to my cell and the cell next door to
2  Me and stated that i was gay.and he knows that i am gay because
3  He reads all of my outgoing mail and he knows for sure that i am
   Gay.On december 29.2009 and january 18.210 C/O RECOZCO came to my
4  Cell for no reason at all but to tell me"THAT I CANT DO ANYTHING
   ABOUT HIM AND HE WILL  DO WHAT EVER HE WANTS WITH ME.Which he
5  Continue to give me short ration of food and makes threads to my
6  personal being.and trys to provoke me into physical altercation
7  With him.

-RELIEF-

9   Plaintiff request DECLARATORY JUGMENT to establish that he has
10 A right to file and defend against this suit.and INJUNCTIVE RELIEF
   Ordering the defendants and prison officials who are acting in
11 concert with the defendants in chilling the plaintiff's first
12 amendment rights such as the appeals coordinator here at kern
   valley state prison T.BILINGS AND J.RECOZCO AND INSTITUTION
13 SECURITY UNIT from pursuing this suit by (1)The withholding of
14 His legal mail and personal mail(2)The refusing to take his legal
15 Mail(3)Thestopping of his family and friends from writing and
   Visiting(4)THe refusing to process his administrative appeals
16 Stopping me from administrative review.(5)The deamation of my
17 Character be stop by calling me gay.

18 2.compensatory.general damages and special damages in the an
19 amount in accordance to proof.

20 3. exemplary damages(an amount against each defendants and to
21 deter them all and other who wpuld behave as defendants herein.

22 4.cost of suit necessarily incurred and

24 5.such further relief as the court deems just and proper.

date 2-16-10

respectful submitted
GERALD L.MILLER

PAGE 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GERALD L. MILLER

Plaintiff's name:

vs.

Case Number: CIVS-07-1646 LKKEFBP

JANNE WOODFORD.ET AL...
Defendant's name:

_____ / PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and ___ a party to the above-entitled action.

On FEBRUARY 16, 2010, I served a copy of MOTION TO CHANGED PLEADINGS IN THIRD AMENDED COMPLAINT.PAGE 38-39 LINES 25-28 LINES 1-6 L.R.RULE 15-220 _____, by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by

depositing said envelope in the United States Mail: KERN VALLEY STATE PRISON

(LIST ALL DEFENDANTS SERVED IN THIS ACTION)

CLERK OF THE U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501"I"STREET,SUITE 4-200
   SACRAMENTO CA.95814

TO.PETER MESHOT
DEPARTMENT OF JUSTICE
OFFICE OF ATTORNEY GENERAL
1300"I"STREET,SUITE 125
   SACRAMENTO,CA 94244-2550

I declare under penalty of perjury that the foregoing is true and correct.

GERALD L.MILLER
(Signed)

Attachment 7

ATTACHMENT

15.) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. DEFENDANTS CONDUCT WAS OUTRAGEOUS AND UNPRIVILEGED AND WAS DONE WITHOUT CONSENT. FURTHERMORE, PLAINTIFF SUFFERED PSYCHOLOGICAL TRAUMA FROM INJURIES THAT WERE SUSTAINED, IE - LEG INJURIES BRUISING AND SWELLING DISFIGUREMENT TO HIS THUMB AND LOST OF MOVEMENT AND LIMITED USAGE. DEFENDANTS WERE THE ACTUAL AND PROXIMATE CAUSE OF INJURIES SUSTAINED BY PLAINTIFF.

## INJUNCTION RELIEF

16.) PLAINTIFF LEGAL MAIL AND PERSONAL MAIL IS BEING WITHHELD FROM HIM IN HOPE THAT HIS CASES WOULD BE DISMISS ON A DEFAULT BASES.

## RETALIATION AND CONSPIRACY

17.) PLAINTIFF IS BEING DENIED HIS FIRST AND FOURTEENTH AMENDMENT RIGHTS TO THE PRISON GRIEVANCE PROCESS AND THE RIGHTS OF FREEDOM OF FREE SPEECH HERE AT KERN VALLEY STATE PRISON BY PRISON STAFF AND APPEALS COORDINATOR T. BILLINGS PLAINTIFF APPEALS ARE BEING DESTROY OR SCREEN-OUT IN HOPE TO STOP THE PLAINTIFF'S EXHAUSTION OF ADMINISTRATIVE REMEDIES. PLAINTIFF IS BEING CONSPIRED AGAINST BY AN CORRECTIONAL OFFICER J. ROCOZCO WHO HAS REFUSE TO TAKE MY LEGAL MAIL. SEE EXHIBIT 'A' AND WHO HAS TRY TO START RACIAL TENTION AMONG THE BLACK'S AND HISPANIC PRISONER BY TELLING THEM I AM GAY. AND TAKING THEIR

(5)

personal property and telling them I'm the reason why their property was took he has also did this to some of the black prisoner. Officer J. Rocozco continually trys to provoke me into an physical altercation with his harassment tactics by calling out my name as loud as he can through out the whole building for no reason at all other than to be an nuisance in my everday life. For no other reason but the filing of this complaint.

Plaintiff submits that he has met the five basic elements within the prison context of retaliation Rhodes v. Robinson 408 F.2d 559, 568 (9th Cir 2005) (1) an assertion that a state actor took some adverse action against an prisoner (2) because of (3) that prisoner's protected conduct and that such action (4) chilled plaintiff's first amendment rights and (5) the action did not reasonably advance a legitimate correctional goal. Rhodes v. Robinson 408 F.2d 559, 568 (9th Cir 2005.) State actors acting in concert to deprive an individual of constitutional rights may be held liable for conspiracy under 1983. See Hoffman v. Halden 268 F.2d 280, 293 (9th Cir 1959 rev'd on other grounds 300 F.2d 24, 30 (9th Cir 1962) It is undisputed that filing lawsuit is undisputed that filing lawsuits is protected conduct see Schroeder v. McDonald 55 F.3d 454, 461 (9th Cir 1995) stating that filing lawsuits is a first amendment right of funda--mental importance to prisoners

///

(6)

18.) Plaintiff alleges that this a practice and a custom by the department of correction state wide to deny him medical treatment and to withhold his mail.

19.) Plaintiff is entitled to injunctive relief, including but not limited to, an order requiring defendant's and Kern Valley State Prison from withholding the plaintiff legal mail and regular mail and from destroy the plaintiff administrative appeals or not process the plaintiff appeals and to order. I Rocozce from harassing the plaintiff and trying to provoke the plaintiff into an physical altercation with him. There is no adequate remedy at law to protect the plaintiff from said retaliation and with-out the equitable relief sought he is susceptible to great and irreparable injury by the denial of his legal mail and the denial of the appeals process. The balance of hardship tips markedly toward the plaintiff in that there would be little or no prejudice or harm to the defendants should be order to not interfere with the plaintiff's mail and allow him the appeals with-out interfere or deliberate screen the appeal out for reasons that don't appy which is just like not allowing the appeals process to the plaintiff

PRAYER FOR RELIEF

Wherefore, plaintiff Gerald Lee Miller Jr, prayer for the following relief and/or seek's judgment as follow