UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR.<br>CDCR #C-92075<br>             Plaintiff,<br>v.<br>O. RUFION; MOONGA, R.N.,<br>             Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER CONTINUING TELEPHONIC MANDATORY SETTLEMENT CONFERENCE** |

    Due to a conflict in the Court's calendar, the **TELEPHONIC** Mandatory Settlement Conference previously scheduled for April 5, 2010 is CONTINUED to ***April 19, 2010*** at ***9:00 a.m.*** before Magistrate Judge William McCurine, Jr. In cases where a party is **incarcerated** at the time of the scheduled conference, **counsel for Defendants shall make arrangements** for the incarcerated party to appear telephonically. Defense counsel is ordered to initiate a joint call to chambers on the day and at the time indicated above to (619) 557-6624.

    **IT IS SO ORDERED.**

DATED: March 26, 2010

                                   _/s/ W McCurine Jr._

                                   Hon. William McCurine, Jr.
                                   U.S. Magistrate Judge, U.S. District Court