UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR.<br>CDCR #C-92075<br>　　　　　　Plaintiff,<br>v.<br>O. RUFION; MOONGA, R.N.,<br>　　　　　　Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER CONTINUING TELEPHONIC MANDATORY SETTLEMENT CONFERENCE** |

　　　Due to a conflict in the Court's calendar, the **TELEPHONIC** Mandatory Settlement Conference previously scheduled for April 19, 2010 is **CONTINUED** to *April 28, 2010* at *9:30 a.m.* before Magistrate Judge William McCurine, Jr.  In cases where a party is **incarcerated** at the time of the scheduled conference, **counsel for Defendants shall make arrangements** for the incarcerated party to appear telephonically.  Defense counsel is ordered to initiate a joint call to chambers on the day and at the time indicated above to (619) 557-6624.

　　　**IT IS SO ORDERED.**

DATED: April 13, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge, U.S. District Court