# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR., CDCR #C-92075, <br><br> Plaintiff, <br><br> vs. <br><br> O. RUFION; MOONGA, R.N.; J. AKANNO, <br><br> Defendants. | Civil No.   08-1233 BTM (WMc) <br><br> **ORDER DENYING PLAINTIFF'S MOTIONS FOR STAY** <br><br> **[Doc. Nos. 53, 59]** |

Plaintiff has filed two "Motions for Stay of Defendants' Motion for Summary Judgment Pending Discovery and Depositions of Defendants pursuant to FED.R.CIV.P. 56(f)." However, to the extent that Plaintiff is seeking a stay of Defendants' Motion for Summary Judgment, Defendants have not yet filed a Motion for Summary Judgment with the Court. Thus, Plaintiff's request is **DENIED** as premature. In addition, Plaintiff makes several other requests in the body of these Motions.

/ / /

First, Plaintiff seeks a Court Order issuing a summons and serving Defendant J. Akanno with Plaintiff's Second Amended Complaint. The Court has already issued such an Order on December 15, 2009. *See* Doc. No. 36. However, due to an oversight by the Clerk of the Court, a summons was not issued at the time the Order was filed. Accordingly, the Court has directed the Clerk of Court to immediately issue a summons for Defendant Akanno and ordered the United States Marshal's Office to expedite service of Plaintiff's Second Amended Complaint. *See* Doc. No. 58.

Second, Plaintiff requests that the Court "order depositions of defendants O. Rufion and Moonga." *See* Pl.'s Mot. at 2. Magistrate Judge William McCurine has already ruled on this request by Plaintiff. *See* Doc. 54.

Thus, for all the reasons set forth above, Plaintiff's Motions for Stay [Doc. Nos. 53, 59] are **DENIED** as premature and moot.

DATED: May 17, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge