UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD L. MILLER, JR. CDCR #C-92075 | ) ) | Civil No. 08-1233 BTM (WMc) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER: (1) SETTING STATUS CONFERENCE AND (2) DENYING MOTION TO STAY** |
| O. RUFION; MOONGA, R.N., | ) ) | |
| Defendants. | ) ) | [DOC. NOS. 79 and 80.] |

   The Court has received Defendants' Request to Amend the Scheduling Order in this matter [Doc. No. 79.] and Plaintiff's motion to stay [Doc. No. 80.]  After careful review of the request and motion, the Court issues the following orders:

   1. The Court will hold a telephonic Status Conference on *August 5, 2010* at *3:30 p.m.* with Magistrate Judge William McCurine, Jr., to discuss modification of the scheduling order.   In cases where a party is **incarcerated** at the time of the scheduled conference, **counsel for Defendants shall make arrangements** for the incarcerated party to appear telephonically.  Defense counsel is ordered to initiate a joint call to chambers on the day and at the time indicated above to (619) 557-6624.

///

///

///

///

///

///

///

2. Plaintiff's motion to stay is **DENIED** without prejudice. No stay of litigation is needed to address Plaintiff's concerns regarding missing property. Given the Defendants' request for a continuance to allow Dr. Akanno to prepare a defense, the Plaintiff will likely have additional time in which to contact the institutions where he was previously incarcerated and receive his property.

**IT IS SO ORDERED.**

DATED: July 21, 2010

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court