UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR.<br>CDCR #C-92075<br>            Plaintiff,<br>v.<br>O. RUFION; MOONGA, R.N.,<br>            Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER SETTING STATUS CONFERENCE** |

   Due to technical difficulties, Defendants' counsel was unable to initiate the teleconference scheduled for August 25, 2010 in this matter and the teleconference was not held.  The Court orders Defendants' counsel to **meet and confer** with the Litigation Coordinator at Calipatria State Prison **no later than September 8, 2010** to: (1) ensure that the correct telephone numbers have been exchanged between Defendants' counsel and Calipatria State Prison staff; and (2) prevent further miscommunication between the parties.

   In addition, the Court will hold a telephonic status conference on **September 13, 2010 at 9:00 a.m.** to discuss case status with the parties and receive a report from the Litigation Coordinator at Calipatria State Prison regarding the location of Plaintiff's legal property**.  Accordingly, the telephonic appearance of the Calipatria State Prison Litigation Coordinator is required.**  In cases where a party is **incarcerated** at the time of the scheduled conference, **counsel for Defendants shall make**

///

///

**arrangements** for the incarcerated party to appear telephonically.  Defense counsel is ordered to initiate a joint call to chambers on the day and at the time indicated above to (619) 557-6624.

**IT IS SO ORDERED.**

DATED: August 26, 2010

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court