UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR.<br>CDCR #C-92075<br>　　　　　　　Plaintiff,<br>v.<br>O. RUFION; MOONGA, R.N.,<br>　　　　　　　Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER DENYING PLAINTIFF'S**<br>***EX PARTE* MOTION FOR SUBPOENA**<br>**[Doc. No. 97]** |

## I. INTRODUCTION

This case comes before the Court on Plaintiff's *ex parte* motion for subpoenas. [Doc. No. 97.] Plaintiff's motion is **DENIED** as discussed herein.

## II. STANDARD OF REVIEW

Under Rule 45 of the Federal Rules of Civil Procedure, a plaintiff proceeding *in forma pauperis* may be entitled to the issuance of a subpoena commanding the production of documents from non-parties. *See* Fed.R.Civ.P. 45. Such a request is not automatic, however. The request must be timely. The documents which are the subject of the subpoena must be non-privileged and relevant. *See* Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 34.

## III.
## DISCUSSION

Plaintiff was advised in this Court's Scheduling Order [Doc. No. 27] that "all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and **discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date,** *so that it may be completed* **by the cut-off date**, taking into account the times for service, notice and response as set forth in the Federal

Rules of Civil Procedure." *Id.* (emphasis added). Plaintiff's request is untimely. Discovery closed on October 6, 2010, however Plaintiff's request was not filed in time for the subpoenas to be issued and and a response to be returned before passage of the October 6, 2010 deadline. Moreover, Plaintiff has not provided a description of the specific documents he is seeking. The Court has no way to determine if the documents Plaintiff seeks are different from the documents for which he received a subpoena in May of this year. *See* Court's May 10, 2010 Order at Doc. No. 54. Accordingly Plaintiff's *ex parte* motion for subpoenas is **DENIED**.

## IV.
## CONCLUSION AND ORDER THEREON

For the foregoing reasons, Plaintiff's *ex parte* motion for subpoenas is **DENIED.**

**IT IS SO ORDERED.**

DATED: October 29, 2010

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court