# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Lee Miller, Jr., <br><br> Plaintiff, <br> vs. <br> O. Rufion et al., <br><br> Defendant. | CASE NO. 08cv1233 <br><br> ORDER RE: REQUEST FOR STATUS REPORT |

## I.
## INTRODUCTION

On December 23, 2010, Gerald Lee Miller, Jr. ("Plaintiff"), proceeding *pro se* and *in forma pauperis* and currently incarcerated at Calipatria Correctional Facility, filed a request seeking from this Court a status report and attempting to "give notice to appeal any dismissal by this court on the deliberate indifference to his serious medical needs against all defendants." (Doc. No. 115 at p. 1.)

## II.
## DISCUSSION AND ORDER THEREON

**A. Status Report**

In the request, Plaintiff contends a "prison official stated to the Plaintiff that this case has been dismissed." (Doc. No. 115 at p. 1.) Further, Plaintiff contends he has been unable to confirm the prison official's statement because Plaintiff "has not been receiving his legal mail from this court . . ." (Doc. No. 115 at p. 1.) Plaintiff, therefore, requests a status report from the Court.

A review of the record shows this case is not closed. At the present time, the docket lists three pending matters: (1) Defendant's Motion for Summary Judgment [Doc. Nos. 65 and 101]; (2) Plaintiff's Motion for Order for Law Library and Order Stopping Prison Official From Removing Court Paper from Plaintiff's Filing with this Court [Doc. No. 104]; (3) Plaintiff's re-submitted Motion/Request for Declaratory Relief Pursuant to Federal Rules of Civil Procedure Rule 57 [Doc. No. 108].

**B. Notice of Appeal**

Additionally, in his request, Plaintiff attempts to "give notice to appeal any dismissal by this court on the deliberate indifference to his serious medical needs against all defendants." (Doc. No. 115 at 1). As discussed above, a motion for summary judgment is pending and the challenge to Plaintiff's deliberate indifference claim has not yet been adjudicated. Thus, Plaintiff's attempted notice of appeal is premature. *See* 1-1 *Constitutional Rights of Prisoners* § 1.3.2 (Matthew Bender, 2007) ("[A]n appeal can be made only from a final judgment.").

**C. Conclusion**

The Court has advised Plaintiff of the status of this matter as requested. Any further questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: January 5, 2011

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court