UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR.<br>CDCR #C-92075<br>　　　　　　　Plaintiff,<br>v.<br>O. RUFION; MOONGA, R.N.,<br>　　　　　　　Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER DENYING PLAINTIFF'S**<br >***EX PARTE* MOTION FOR SUBPOENA**<br>**[Doc. No. 96]** |

　　　On November 1, 2010, the Court denied Plaintiff's *ex parte* motion for subpoena. [*See* Doc. No. 107]. The Court's November 1, 2010 Order erroneously identified Document No. 97 as the sole pleading raising Plaintiff's subpoena request, however Plaintiff's Doc. No. 96 constituted Plaintiff's opening brief while Doc. No. 97 constituted Plaintiff's reply/response in support of Doc. No. 96. The Court's November 1, 2010 Order addressed the concerns raised in Plaintiff's moving papers [Doc. No. 106] as well as in Plaintiff's Response in support of his *ex parte* request. Accordingly, Plaintiff's *ex parte* motion at Doc. No. 96 is **DENIED** as explained in the Court's November 1, 2010 Order at Doc. No. 107.

　　　**IT IS SO ORDERED.**

DATED: March 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ W. McCurine Jr.*

　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge, U.S. District Court