# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR., | Case No. 08cv1233 BTM(WMc) |
| Plaintiff, | **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |
| v. | |
| O. RUFINO, et al. | |
| Defendants. | |

The Court sets a telephonic status conference in this case for **April 19, 2011 at 10:00 a.m.**  The Attorney General's Office shall coordinate the conference call with Calipatria State Prison.

**IT IS SO ORDERED.**

DATED:  March 21, 2011

Honorable Barry Ted Moskowitz
United States District Judge