1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GERALD LEE MILLER, JR., | Case No. 08cv1233 BTM(WMC) |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE AND RELATED DATES** |
| v. | |
| O. RUFINO, et al., | |
| Defendants. | |

Trial is set for **October 31, 2011**.  The Court continues the pretrial conference and related dates as follows.

- Counsel shall comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **August 1, 2011**.

- Objections to pretrial disclosures shall be filed no later than **August 15, 2011**.

- The proposed final pretrial conference order shall be lodged by **August 22, 2011**.  The form of the proposed pretrial conference order is set forth below. *The proposed pretrial conference order shall be lodged in lieu of the pretrial statement that is usually required by E.D.L.R. 281.*

- The final pretrial conference is continued to **August 29, 2011 at 9:30 a.m.**

All non-conflicting provisions in the Court's prior scheduling orders remain in full force and effect.

08cv1233 BTM(WMc)

1    With respect to the form of the pretrial order, the following requirements replace the

2    pretrial statement requirements under E.D.L.R. 281.  No Memoranda of Law or Contentions

3    of Fact are to be filed except in a bench trial.

4    The parties shall meet and confer and prepare a proposed pretrial order containing

5    the following:

6    1.    A statement to be read to the jury, not in excess of one page, of the nature of

7    the case and the claims and defenses.

8    2.    A list of the causes of action to be tried, referenced to the Complaint.  For each

9    cause of action, the order shall succinctly list the elements of the claim, damages and any

10   defenses.  A cause of action in the Complaint which is not listed shall be dismissed with

11   prejudice.

12   3(a).    A list of each witness counsel actually expect to call at trial with a brief

13   statement, not exceeding four sentences, of the substance of the witnesses' testimony.

14   3(b).    A list of each expert witness counsel actually expect to call at trial with a brief

15   statement, not exceeding four sentences, of the substance of the expert witnesses'

16   testimony.

17   3(c).    A list of additional witnesses, including experts, counsel do not expect to call

18   at this time but reserve the right to call at trial along with a brief statement, not exceeding four

19   sentences, of the substance of the witnesses' testimony.

20   4(a).    A list of all exhibits that counsel actually expect to offer at trial with a

21   one-sentence description of the exhibit.

22   4(b).    A list of all other exhibits that counsel do not expect to offer at this time but

23   reserve the right to offer if necessary at trial with a one-sentence description of the exhibit.

24   5.    A statement of all facts to which the parties stipulate.  This statement shall be

25   on a separate page and will be read to and provided to the jury.  The parties are directed to

26   meet with the assigned magistrate judge to work out as many stipulations of fact as possible.

27   6.    A list of all deposition transcripts by page and line, or videotape depositions by

28   section, that will be offered at trial.

1    7.    In addition to filing proposed jury instructions in accordance with Fed. R. Civ.

2  P. 51, the parties shall e-mail the proposed instructions in Word or Wordperfect form to

3  Chambers.  If a party disagrees with a particular instruction, the party shall submit an

4  alternate instruction.

5    The Court encourages the parties to consult with the assigned magistrate judge to

6  work out any problems in preparation of the proposed pretrial order.  The court will entertain

7  any questions concerning the conduct of the trial at the pretrial conference.

8  **IT IS SO ORDERED.**

9

10  DATED:  April 25, 2011

11

12    Honorable Barry Ted Moskowitz
      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28