UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR. <br> CDCR #C-92075 <br>                 Plaintiff, <br> v. <br> O. RUFION; MOONGA, R.N., <br>                 Defendants. | Civil No. 08-1233 BTM (WMc) <br><br> **ORDER RE: PERSONAL MAIL AND LEGAL BOOKS   [Doc. No. 140]** |

On June 10, 2011, Plaintiff filed a motion requesting this Court order the Calipatria State Prison to allow him access to his personal mail and any legal books which have been sent to Plaintiff from his family through the U.S. mail service. [*See* Doc. No. 140 at p. 2.] Plaintiff states he needs these legal materials in order to meet upcoming court deadlines and dates. The Court notes Plaintiff has a pre-trial conference date of August 29, 2011 before the Honorable Barry T. Moskowitz. [Doc. No. 133.]

The Court presently has a telephonic status conference scheduled on **June 29, 2011 at 11:30 a.m.** in order to discuss the location of Plaintiff's legal materials. The Court will also address Plaintiff's mail service and any legal books which may be arriving through the mail at the telephonic status conference on June 29, 2011. **Accordingly, the Court ORDERS the Litigation Coordinator at Calipatria State Prison: (1) to assist Plaintiff *pro se* in locating all legal mail and (2) to report to the Court on the location of Plaintiff's legal mail and Plaintiff's mail status** during the June 29, 2011 teleconference.

///

///

**Defense counsel is ORDERED to coordinate Plaintiff's appearance by phone and then contact the Court on the day and at the time listed above at (619) 557-6624.**

**IT IS SO ORDERED.**

DATED: June 27, 2011

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court