1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| GERALD L. MILLER, JR. | Civil No. 08-1233 BTM (WMc) |
| CDCR #C-92075 | |
| Plaintiff, | **ORDER SETTING TELEPHONIC** |
| v. | **STATUS CONFERENCE** |
| O. RUFION; MOONGA, R.N., | |
| Defendants. | |

10
11
12
13
14

On June 29, 2011, the Court held a telephonic status conference re: Plaintiff's legal materials and library access.  Plaintiff *pro se* Gerald Miller appeared.  Catherine Guess appeared for Defendants.  After hearing from the parties and counsel of record, the Court will hold a further telephonic status conference to receive an updated status report from the Calipatria State Prison Litigation Coordinator on Plaintiff's Preferred Library User status and Plaintiff's access/use of the library while in Administrative Segregation. **The teleconference will occur on** <u>**July 12, 2011 at 4:15 p.m.**</u>  **Defense counsel is ORDERED to coordinate Plaintiff's appearance by phone and then contact the Court on the day and at the time listed above at (619) 557-6624.**

15
16
17
18
19
20
21
22

**IT IS SO ORDERED.**

23

DATED:   June 29, 2011

*(signature)* WMcCurine Jr.
_____

24
25

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

26
27
28

1