UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR.<br>CDCR #C-92075<br>   Plaintiff,<br>v.<br><br>O. RUFION; MOONGA, R.N.,<br><br>   Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER SETTING TELEPHONIC<br>STATUS CONFERENCE** |

The telephonic status conference scheduled in the above entitled matter for July 12, 2011 was not held due to technical difficulties with the teleconferencing system. Accordingly, the Court **HEREBY RESCHEDULES** the further telephonic status conference to **July 14, 2011 at 2:30 p.m.** Defense counsel is ORDERED to coordinate Plaintiff's appearance by phone and then contact the Court on the day and at the time listed above at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: July 13, 2011

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court