UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER, JR.<br>CDCR #C-92075<br>　　　　　Plaintiff,<br>v.<br>O. RUFION; MOONGA, R.N.,<br>　　　　　Defendants. | Civil No. 08-1233 BTM (WMc)<br><br>**ORDER: (1) DIRECTING PREFERRED LIBRARY USER STATUS FOR PLAINTIFF; AND (2) SETTING FURTHER TELEPHONIC STATUS CONFERENCE RE: PERSONAL MAIL** |

On July 14, 2011, the Court held a telephonic status conference re: Plaintiff's library access, legal materials and mail service. Plaintiff *pro se* Gerald Miller appeared. Catherine Guess, Esq., appeared for Defendants. After hearing from Plaintiff, Gabriela Nunez - Calipatria's Litigation Coordinator, and defense counsel, the Court issues the following orders:

1. Plaintiff *pro se* Gerald Miller shall be granted Preferred Library User status **up to and including August 31, 2011** in order to prepare for the pretrial conference presently scheduled before District Judge Moskowitz on August 29, 2011;

2. Plaintiff has indicated that while he has received his legal mail and materials, he is still experiencing a disruption in the service of his personal mail. Accordingly, the Litigation Coordinator is directed to investigate the status of Plaintiff's personal mail and provide a report to the Court at the next

///

///

///

telephonic status conference **on July 28, 2011 at 9:00 a.m.**  **Defense counsel is ORDERED to coordinate Plaintiff's appearance by phone and then contact the Court on the day and at the time listed above at (619) 557-6624.**

**IT IS SO ORDERED.**

DATED: July 14, 2011

*WMcCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court