# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR.,<br><br>　　　　　　　　　　　　Plaintiff,<br>　v.<br>O. RUFINO, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 08cv1233 BTM(WMc)<br><br>**ORDER ASSIGNING MAGISTRATE JUDGE BIANCHINI TO PRESIDE OVER SETTLEMENT PROCEEDINGS** |

　　　The Court hereby assigns Magistrate Judge Bianchini to preside over settlement conferences and settlement proceedings in this case.

**IT IS SO ORDERED.**

DATED: August 11, 2011

　　　　　　　　　　　　　　　　　　　　_/s/ Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　United States District Judge