# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR., | CASE NO. 08cv1233 BTM(WMc) |
| Plaintiff, | **Order Requesting Confidential Settlement Statements Re: Case Selection for Prisoner Settlement Program** |
| v. | |
| O. RUFINO, et al., | |
| Defendants. | |

For purposes of assessing whether this case should be referred for an in-person settlement proceeding, the parties to this action must, within ten (10) days from the date of the filing of this Order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail to the address below, or via email to Rosa_Morales@cacd.uscourts.gov, and marked "Confidential." Such statements shall be limited to five (5) pages and shall indicate the following:

1)  the party's assessment of whether the instant action is of the type that would benefit from an in-person settlement proceeding with a magistrate judge;

2)  the party's assessment of when a settlement proceeding would be most productive in this matter; and

3)  the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial.

1

2   Should the Court determine this action to be appropriate for referral for an in-person settlement

3   conference, the Court will issue an appropriate order.

4          **IT IS SO ORDERED**.

5   DATED:  August 11, 2011

6

7                                              Honorable Barry Ted Moskowitz
                                               United States District Judge
8

9
    cc:     Rosa Morales
10          ADR Prisoner Settlement Coordinator
            United States District Court
11          312 North Spring Street
            Los Angeles, CA  90012
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28