# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR., | Case No. 08cv1233 BTM(WMc) |
| Plaintiff, | **ORDER RE: PRETRIAL MATTERS** |
| v. | |
| O. RUFINO, et al. | |
| Defendants. | |

As discussed during the pretrial conference on August 29, 2011, on or before October 3, 2011, Plaintiff and Defendant shall file papers setting forth their respective positions regarding the applicable procedure (and source of funding) for bringing Dr. Lewis to trial to testify as a witness for Plaintiff. On or before October 10, 2011, the parties may file a response to each other's submissions.

On or before October 14, 2011, Plaintiff shall file an amendment to the proposed Pretrial Order that lists any and all documents Plaintiff intends to use at trial.

The trial date is **VACATED**. The Court will hold another pretrial conference on **October 19, 2011 at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: August 29, 2011

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge