# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| GERALD LEE MILLER, JR., | Case No. 08cv1233 BTM(WMC) |
| Plaintiff, | **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF, GERALD LEE MILLER, JR., CDCR # C-92075** |
| v. | |
| O. RUFINO, et al., | |
| Defendants. | |

Plaintiff, **GERALD LEE MILLER, JR., CDCR #C-92075**, a necessary and material witness and party in proceedings in this case, is confined at Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233, in the custody of the Warden. In order to secure this inmate's **video conference attendance** before Magistrate Judge Bianchini for a hearing on **September 8, 2011 a 11:00 a.m.,** it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of **GERALD LEE MILLER, JR., CDCR # C-92075,** to produce said inmate **by video** before Magistrate Judge Bianchini.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233, to produce **GERALD LEE MILLER, JR., CDCR #C-**

**92075**, to participate by video conference in the prisoner settlement program on **September 8, 2011**, until completion of the mediation proceedings, or as ordered by the Court;

2. The custodian of inmate **GERALD LEE MILLER, JR., CDCR #C-92075**, is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Order.

3. **WRIT OF HABEAS CORPUS AD TESTIFICANDUM,**

To: the Warden of Calipatria State Prison:

**YOU ARE COMMANDED** to produce inmate **GERALD LEE MILLER, JR., CDCR #C-92075**, to participate at his present location in the prison mediation program by video conference before the Honorable Magistrate Judge Bianchini on **September 8, 2011 at 11:00 a.m.**, until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the custody of the Warden of Calipatria State Prison.

**IT IS SO ORDERED.**

DATED: August 30, 2011

_____
Honorable Barry Ted Moskowitz
United States District Judge