1
2
3
4
5
6
7
8   # UNITED STATES DISTRICT COURT
9   # EASTERN DISTRICT OF CALIFORNIA
10  ## FRESNO DIVISION
11

12  GERALD LEE MILLER, JR.,                    Case No. 08cv1233 BTM(WMC)

13                               Plaintiff,    **ORDER SETTING TRIAL AND
                                               RELATED DATES**
14      v.

    O. RUFINO, et al.,

15                             Defendants.
16

17          As discussed during the pretrial hearing on October 19, 2011, the Court sets the

18  following dates:

19

20          •   **By November 21, 2011**, the parties shall exchange their pre-marked trial

21              exhibits.  **On or before December 9, 2011**, counsel for Defendant shall

22              electronically file and mail copies of Plaintiff's and Defendant's exhibits to:

23                          Chambers of Judge Moskowitz
                            940 Front Street, Suite 5160
24                          San Diego, CA 92101

25              Objections to the exhibits shall also be filed on or before December 9, 2011.

26          •   The Court shall hold a telephonic pretrial conference on **December 28, 2011

27              at 10:30 a.m.**  During this conference, the Court shall rule on objections to the

28              exhibits and discuss other aspects of the trial.

1    • Trial is scheduled for **January 9, 2012 at 9:30**.  For the convenience of the

2        Court, the parties have agreed to hold the trial in Sacramento.  The Court shall

3        notify the parties of the courtroom number closer to trial.

4

5    Counsel for Defendant shall discuss with the California Department of Corrections the

6    matters of transportation and housing of Plaintiff for purposes of trial in addition to the

7    security measures to be taken during trial.  At the pretrial conference, counsel for Defendant

8    shall make a proposal regarding appropriate security measures.

9        Any further settlement proceedings shall be held by Magistrate Judge Bianchini.

10   **IT IS SO ORDERED.**

11

12   DATED:  October 24, 2011

13

14                                      Honorable Barry Ted Moskowitz
                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                                08cv1233 BTM(WMc)