# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| GERALD LEE MILLER, JR.,<br><br>                    Plaintiff,<br>     v.<br>O. RUFINO, et al.,<br><br>                    Defendants. | Case No. 08cv1233 BTM(WMC)<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Gerald Lee Miller, Jr., inmate # C-92075, a necessary and material witness in proceedings in this case on January 9, 2012, is confined in Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216-6000, in the custody of Warden Martin Biter; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at Robert T. Matsui Federal Building, 501 "I" Street, Sacramento, CA 95814, 15th Floor, Courtroom 2 on **January 9, 2012 at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to: produce the inmate named above to testify in United States

District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court, and thereafter to return the inmate to the above institution; and transport the inmate's legal materials regarding this case for use at the legal proceedings.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

DATED:  December 16, 2011

*/s/ Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge