# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| GERALD LEE MILLER, JR., <br><br>         Plaintiff, <br> v. <br><br> O. RUFINO, et al., <br><br>         Defendants. | Case No. 08cv1233 BTM(WMC) <br><br> **SUBPOENA DUCES TECUM** |

TO: THE WARDEN OF KERN VALLEY STATE PRISON

You are commanded to produce the following documents at Robert T. Matsui Federal Building, 501 "I" Street, Sacramento, CA 95814, 15th Floor, Courtroom 2 on **January 9, 2012 at 9:30 a.m.**: the legal materials of Gerald Lee Miller, Jr., inmate # C-92075, that pertain to this case.

**IT IS SO ORDERED.**

DATED: December 16, 2011

*(signature)*
Honorable Barry Ted Moskowitz
United States District Judge