| | |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** |
| | January 11, 2012 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF |
| | CALIFORNIA |
| | DEPUTY CLERK |

### JUDGMENT IN A CIVIL CASE

GERALD L. MILLER, JR.,

      Plaintiff,                  1:08-cv-01233 BTM WMC

   v.

O. RUFINO,

      Defendant.

_____

**XX --**   **Jury Verdict.**  This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED ON JANUARY 11, 2012, IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT IN THE AMOUNT OF $3,000.00.**

                                            Victoria C. Minor,
                                            Clerk of the Court

ENTERED:    January 11, 2012

                                            by:_____/s/_____
                                                Michele Krueger,
                                                Courtroom Deputy