# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| GERALD LEE MILLER, JR., <br><br> Plaintiff, <br> v. <br><br> O. RUFINO, et al., <br><br> Defendants. | Case No. 08cv1233 BTM(WMC) <br><br> **ORDER EXTENDING TIME TO APPEAL** |

Pursuant to Fed. R. App. P. 4(a)(5), and for good cause shown, the Court extends the time to file a notice of appeal to and including **March 11, 2012**.

**IT IS SO ORDERED.**

DATED: January 31, 2012

*(signature)*
BARRY TED MOSKOWITZ, Chief Judge
United States District Court