1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | | |
|---|---|---|
| GERALD L. MILLER, JR., | | Case No. 08cv1233 BTM(WMc) |
| | Plaintiff, | **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |
| v. | | |
| O. RUFINO, et al. | | |
| | Defendants. | |

The Court sets a telephonic status conference in this case for **April 24, 2012 at 11:00 a.m.**  The Attorney General's Office shall coordinate the conference call with Kern Valley State Prison.

IT IS SO ORDERED.

**DATED:  April 11, 2012**

_____
**BARRY TED MOSKOWITZ, Chief Judge**
**United States District Court**