# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GERALD L. MILLER, JR., <br><br> Plaintiff, <br> v. <br><br> O. RUFINO, et al. <br><br> Defendants. | Case No. 08cv1233 BTM(WMc) <br><br> **ORDER DENYING MOTION TO ENFORCE AS MOOT** |

On March 16, 2012, Plaintiff filed a Motion to Enforce Judgment.  The judgment has since been satisfied.  Therefore, Plaintiff's motion [Doc. No. 200] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: April 24, 2012

BARRY TED MOSKOWITZ, Chief Judge
United States District Court