IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **Gerald Lee Miller, Jr.,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**O. Rufino, et al.,**<br><br>                              Defendants. | 1:08-cv-01233 BTM (WMC)<br><br>**ORDER ON SATISFACTION OF JUDGMENT** |

On January 12, 2012, the jury returned a verdict in favor of Plaintiff and against Defendant Rufino in the sum of $3000.  Plaintiff agreed to accept $3,000 less restitution as full and final payment of the judgment.  This sum represents the verdict amount less restitution owed.

On March 20, 2012, the sum of $2753.33 was deposited into Plaintiff's inmate trust account.

IT IS HEREBY ORDERED THAT the judgment is satisfied in full.  This matter is dismissed with prejudice.

Date: April 24, 2012

*/s/ Barry Ted Moskowitz*
HON. BARRY TED MOSKOWITZ
DISTRICT COURT JUDGE

1

Order  (1:08-cv-01233 BTM WMC (PC))